___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 10 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

Magistrate Judge Dean Brett

IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON

| IN RE ORDER REQUIRING GOOGLE, INC. TO ASSIST IN THE EXECUTION OF SEARCH WARRANTS ISSUED BY THIS COURT | Case No. MJ15-309<br><br>ORDER<br><br>(FILED UNDER SEAL) |
|---|---|

Before the Court is the Government's motion for an order requiring Google, Inc. ("Google") to assist law enforcement agents in the search of two Android devices. Upon consideration of the motion, and for the reasons stated therein,

IT IS HEREBY ORDERED that Google assist law enforcement agents in the examination of the two Android devices, described as follows: (1) a Samsung Galaxy Note 3 with Model number N900, on the Rogers Wireless network with access number (phone number) 778-628-3322, International Mobile Equipment Identity ("IMEI") number 359543/05/117648/1, and Serial Number: RF1DA6QK00N; and (2) an HTC phone with Model number OP9C510 D816d, on the AT&T network with access number (phone number) 206-419-5063 (and with previous access number 253-905-7683),

ORDER REQUIRING GOOGLE, INC. TO
ASSIST IN EXECUTION OF SEARCH WARRANTS/ - 1
USAO# 2015R00315

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

International Mobile Subscriber Identity ("IMSI") number 302720589507615, serial number 37H10442-00M-A, and believed to be associated with the Gmail account AWE401943@gmail.com, (together, the "Android Devices"), acting in support of search warrants issued separately by this Court;

IT IS FURTHER ORDERED that Google shall, if necessary, reactivate the Google account associated with the Android Devices;

IT IS FURTHER ORDERED that Google shall: (1) provide a single password reset for each of the Android Devices; (2) provide the new passwords to the law enforcement officer executing the search warrant; and (3) upon unlocking the Android Devices, again reset the Google account password promptly upon notice that the imaging of the phones is complete, without providing it to the law enforcement officer or agency so as to prevent future access;

IT IS FURTHER ORDERED that the reset process need not be unobtrusive to the subject, the subject may receive notice to one or more accounts of the reset, and such notice is not a violation of any seal or nondisclosure requirement;

IT IS FURTHER ORDERED that the law enforcement agent executing the search warrant is prohibited from using or attempting to use the new passwords to attempt to access the subject's online accounts other than as synchronized on and stored in memory within the Android Devices at the time of execution of the warrants;

//

//

ORDER REQUIRING GOOGLE, INC. TO
ASSIST IN EXECUTION OF SEARCH WARRANTS/ - 2
USAO# 2015R00315

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FUTHER ORDERED that the Government's motion, and this Order, shall be kept under seal until further Order of the Court.

DATED this 9 day of July, 2015

~~DEAN BRETT~~
UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/ Benjamin T. Diggs*
Benjamin T. Diggs
Special Assistant U.S. Attorney

ORDER REQUIRING GOOGLE, INC. TO
ASSIST IN EXECUTION OF SEARCH WARRANTS/ - 3
USAO# 2015R00315

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970